Decided March 28, 2002

STATE OF CONNECTICUT *v.* GARRICK TURNER

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 67 Conn. App. 708 (AC 21020), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant's guilty plea resulted from ineffective assistance of counsel?"

The Supreme Court docket number is SC 16711.

*Michele C. Lukban,* assistant state's attorney, in support of the petition.

Decided March 28, 2002